Andrew G. Gunem (SBN: 354042)
Raina C. Borrelli (*pro hac vice* forthcoming)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
agunem@straussborrelli.com
raina@straussborrelli.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PEARL WOLF, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERVICEAIDE, INC.,<br><br>　　　　　Defendant. | Case No. 5:25-cv-04251-PCP<br><br>[PROPOSED] **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CONSOLIDATED, AND COUNSEL APPOINTED; STIPULATION**<br><br>**AS MODIFIED** |
| CHLOE WRIGHT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERVICEAIDE, INC.,<br><br>　　　　　Defendant. | Case No. 5:25-cv-04256 |
| DAVID HOOVER and DONNA ORLANDO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs, | Case No. 5:25-cv-04260 |

[PROPOSED] ORDER GRANTING UNOPPOSED CONSENT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CONSOLIDATED, AND COUNSEL APPOINTED; STIPULATION – 1 (Case No. 5:25-cv-04251-PCP)

|  |  |
|---|---|
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| LEE HOLDSWORTH, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04265 |
| Plaintiff, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| KYLIE THOMPSON, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04272 |
| Plaintiff, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| PATRICIA BARCLAY, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04278 |
| Plaintiff, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| ROY YAX, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04280 |

[PROPOSED] ORDER GRANTING UNOPPOSED CONSENT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CONSOLIDATED, AND COUNSEL APPOINTED; STIPULATION – 2 (Case No. 5:25-cv-04251-PCP)

|   |   |
|---|---|
| Plaintiff, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| DAWN PENDRAK and MICHAEL GURR, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04295 |
| Plaintiffs, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| ERIC RAYMOND, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04327 |
| Plaintiff, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |
| NANCY BALZER, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-04440 |
| Plaintiff, | |
| v. | |
| SERVICEAIDE, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING UNOPPOSED CONSENT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CONSOLIDATED, AND COUNSEL APPOINTED; STIPULATION – 3 (Case No. 5:25-cv-04251-PCP)

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and upon stipulation by parties and their attorneys of record, the following cases are hereby consolidated pursuant to Fed. R. Civ. P. 42(a):

1. *Wolf v. Serviceaide, Inc.*, No. 5:25-cv-0425;
2. *Wright v. Serviceaide, Inc.*, No. 5:25-cv-04256;
3. *Hoover et al. v. Serviceaide, Inc.*, No. 5:25-cv-04260;
4. *Holdsworth v. Serviceaide, Inc.*, No. 5:25-cv-04260;
5. *Thompson v. Serviceaide, Inc.*, No. 5:25-cv-04272;
6. *Barclay v. Serviceaide, Inc.*, No. 5:25-cv-04278;
7. *Yax v. Serviceaide, Inc.*, No. 5:25-cv-04280;
8. *Pendrak et al. v. Serviceaide, Inc.*, No. 5:25-cv-04295;
9. *Raymond v. Serviceaide, Inc.*, No. 5:25-cv-04327; and
10. *Balzer v. Serviceaide, Inc.*, No. 5:25-cv-04440.

Plaintiffs shall file a consolidated complaint within 30 days of this Order. Defendant shall have 30 days to respond to the consolidated complaint.

~~Further, pursuant to Fed. R. Civ. P. 23(g)(3), and as stipulated, the Court hereby appoints interim co-lead counsel, interim liaison counsel, and the executive committee, as follows: Raina Borrelli of Strauss Borrelli PLLC and Jeff Ostrow of Kopelowitz Ostrow shall be appointed as interim co-lead counsel; Scott Cole of Cole & VanNote shall be appointed interim liaison counsel; and Neil Williams of Siri & Glimstad LLP, Daniel Srourian of Srourian Law Firm P.C., John Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC, Danielle Perry of Mason LLP, Leigh Montgomery of EKSM, Melissa Meyer of Levi & Korsinsky, LLP, J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC, and Paul Doolittle of Poulin Willey Anastopoulo, shall be appointed to the Plaintiffs' executive committee.~~

**The Court will discuss the appointment of interim counsel, interim liaison counsel, and the executive committee with the parties at the case management conference set for August 26, 2025.**

IT IS SO ORDERED.

July 22, 2025
Dated

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE